IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| SOUTHSTATE BANK, N.A., | * |
| Plaintiff, | * |
| v. | Case No. 5:24-cv-194 (MTT) |
| | * |
| F-5 VENTURES, INC., et al., | |
| | * |
| Defendants. | |
| _____ | * |

## DEFAULT JUDGMENT

Pursuant to this Court's Order dated October 30, 2024 and for the reasons stated therein, JUDGMENT is hereby entered in favor of SouthState Bank, N.A. against Defendants F-5 Ventures, Inc., and Gregory Robbins, jointly and severally, in the amount of $2,049,485.57 for contract damages and $203,288.45 in attorney fees and expenses. The amount shall accrue interest from the date of entry of judgment at the rate of 4.26 % per annum until paid in full. Plaintiff shall also recover costs of this action.

This 30th day of October, 2024.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk